ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM HERNANDEZ ALNAS, JR.,<br><br>    Defendant. | CASE NO. 5:22-CR-244-EJD-1<br><br>**UNITED STATES' SENTENCING MEMORANDUM**<br><br>Date: December 16, 2024<br>Time: 1:30 p.m.<br>Judge: Hon. Edward J. Davila |

## I.    INTRODUCTION

Defendant William Hernandez Alnas, Jr., pleaded guilty to Count 2 of the Indictment—Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine—in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) on May 13, 2024. PSR ¶ 2. Alnas sold the FBI significant quantities of methamphetamine roughly nine times over less than a year. Alnas also sold the FBI multiple firearms on different occasions. These guns included semi-automatic assault rifles, a gun without a serial number, and guns with parts stamped with different serial numbers. Alnas admitted in his plea agreement that he is responsible for the distribution of 3,776 grams of a mixture containing methamphetamine. PSR ¶ 22. During the instant offense, Alnas was the president of the Hollister chapter of the Top Hatters Motorcycle Club which is a support club for the Hells Angels. PSR ¶ 7.

\\

## II. SENTENCING GUIDELINES CALCULATIONS

As reflected in the plea agreement, the parties calculated the Sentencing Guidelines for Alnas's offense as follows:

| | | | |
|---|---|---|---|
| a. | Base Offense Level, U.S.S.G. § 2D1.1(a)(5), (c)(4): (defendant distributed at least 1.5 KG but less than 5 KG of methamphetamine) | | 32 |
| b. | U.S.S.G. § 2D1.1(b)(18) | | - 2 |
| c. | Acceptance of Responsibility, § 3E1.1 | | -3 |
| d. | [Zero-Point Offender, § 4C1.1] | | [-2] |
| e. | Total Offense Level: | | 25 |

*See* Dkt. 52 at 5. U.S. Probation disagrees with the parties' guidelines calculation, stating that Alnas is <u>not</u> a zero-point offender because he has one criminal history point for a 2018 DUI offense. PSR ¶ 39. U.S. Probation therefore calculated Alnas to have a total offense level 29 (PSR ¶¶ 27-36)[1] with an advisory guidelines range of 87-108 months. PSR ¶ 74. With a safety-valve reduction of two offense levels, Alnas's guidelines range is 70-87 months (OL 27 / CHC I).

## III. DISCUSSION

The Court must impose a sentence sufficient, but not greater than necessary, to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment; to afford adequate deterrence; and to protect the public. 18 U.S.C. § 3553(a)(2); *United States v. Carty*, 520 F.3d 984, 991 (9th Cir. 2008). The Sentencing Guidelines are "the starting point and the initial benchmark." *Gall v. United States*, 552 U.S. 38, 49 (2007). Section 3553(a) sets forth the factors that Congress has directed courts to consider in determining a sentence: (1) the nature and circumstances of the offense and the defendant's history and characteristics; (2) the purposes of sentencing; (3) the kinds of sentences available; (4) the Guidelines range for sentences; (5) any pertinent policy statements; (6) the need to avoid unwarranted sentencing disparities; and (7) the need to provide restitution to any victims. 18 U.S.C. § 3553(a); *Carty*, 520 F.3d at 991.

\\

\\

---

[1] This calculation did not include a 2-point reduction for U.S.S.G. § 2D1.1(b)(18) because Alnas did not satisfy its requirements until about one week ago.

#### A. The Offense Conduct

##### 1. FBI Buys Methamphetamine from Co-Defendant Guttirez

In April 2021, a confidential source ("CS") told FBI Monterrey agents about co-defendant Richard Guttirez—a drug dealer in Hollister, California—who was selling approximately one-half pound of cocaine and one-half pound of methamphetamine on a weekly basis. On June 9, 2021, the CS arranged a meeting for an FBI undercover ("UC") with Guttirez. That day, the FBI bought 114 grams of crystal methamphetamine from Guttirez for $800 in an audio and video-recorded meeting. On June 29, 2021, the FBI purchased one pound of crystal methamphetamine from Guttirez for $3,000.

##### 2. FBI Buys Meth and Attempts to Buy Firearms from Guttirez in August 2021

On August 24, 2021, the CS called Guttirez who told the CS that he wouldn't know until the following day if he could supply firearms to the CS because he gave the firearms he had available for purchase to William Alnas, Jr. ("Alnas") and the Top Hatters Motorcycle Club ("THMC") and the Hells Angels Motorcycle Club ("HAMC") the previous weekend. PSR ¶ 8. At that time, Alnas was the president of the THMC Hollister Chapter. On August 27, 2021, the FBI purchased approximately 441 grams of crystal methamphetamine from Guttirez for $3,000. PSR ¶ 9.

##### 3. Alnas Approaches the CS in September 2021 and Offers to Sell Meth at a Cheaper Price than Guttirez

In September 2021, Alnas gave the CS his phone number and told the CS that he could sell him methamphetamine for a cheaper price than Guttirez was charging. PSR ¶ 10. Alnas offered to sell the CS a pound of methamphetamine for $2,500. *Id.* Alnas also instructed the CS not to discuss drugs or firearms with him over the telephone and said that they should speak in code when discussing such matters. *Id.* Alnas instructed CS to say that he was looking for "bike parts" and that Alnas would know it was related to drugs or firearms. *Id.* They would then arrange a place to meet in person. *Id.*

##### 4. The CS Asks Alnas to Supply Guns

On October 7, 2021, the CS had a recorded meeting with Alnas to discuss narcotics and firearms. The CS showed Alnas images of handguns and assault rifles. PSR ¶ 11. Alnas stated he could acquire the handguns, but the "other ones,"—assault rifles—were harder to find. *Id.* Alnas stated he could have

rifles made. *Id.* The CS then made a phone call to the UC who Alnas believed was the CS's associate. PSR ¶ 12. The CS introduced the UC to Alnas by phone. *Id.*

### 5. Alnas Sells Over Grams of Meth to the FBI on October 12, 2021

On October 12, 2021, the CS, the UC, and Alnas met in Hollister. Alnas handed the CS approximately one pound of methamphetamine. PSR ¶ 13. The UC attempted to pay Alnas after taking possession; however, Alnas told the UC that they were taking too long and that the UC should give the money owed to Alnas to the CS who could pay Alnas later. *Id.* The CS got out of Alnas' vehicle, and Alnas departed. The CS—with the UC—made additional recorded phone calls to Alnas to arrange a time and place to meet again so the UC could pay Alnas for the methamphetamine. *Id.* Alnas agreed to meet the UC and the CS at a different location. Later, the UC and the CS arrived at the location and met with Alnas. The UC paid Alnas $2,500 for the methamphetamine. *Id.*

### 6. Alnas Continues to Sell Meth to the FBI on November 2, 2021, November 30, 2021, January 14, 2022, February 3, 2022, and March 9, 2022—and Discusses Firearms.

On November 2, 2021, Alnas sold roughly a pound of methamphetamine to the UC for $2,500. PSR ¶ 14. The package of methamphetamine provided to the UC weighed about 425 grams with 96% purity. *Id.* Alnas agreed to have the CS give the UC Alnas's phone number so that future purchases could be arranged directly between Alnas and the UC. *Id.*

On November 30, 2021, the UC made a recorded phone call to Alnas to arrange the purchase of one pound of methamphetamine. PSR ¶ 15. That day, Alnas gave the UC a plastic bag of methamphetamine for $2,500. *Id.* The meth was tested with a TruNarc device, and it was presumptively positive for methamphetamine; it weighed approximately 470 grams. *Id.*

On January 14, 2022, the UC paid Alnas $2,500 for one pound of meth. PSR ¶ 16. Afterwards, the UC and Alnas had lunch together. *Id.* Alnas informed the UC that he knew an individual who could manufacture firearms for the UC to purchase. *Id.* Alnas stated that the firearms were of good quality because Alnas owned a firearm that this individual made for him. *Id.* Alnas asked if five firearms were sufficient for the UC to purchase at one time. *Id.*

\\
\\

On February 3, 2022, the UC paid Alnas $3,600 for a pound of methamphetamine and 29 grams of cocaine. PSR ¶ 17. During the meeting, Alnas informed the UC that he was still working on acquiring firearms and prices from his firearms manufacturer. *Id.*

On March 9, 2022, Alnas sold the UC 62 grams of methamphetamine for $2,500. PSR ¶ 18. Alnas informed the UC that he was unable to supply firearms due to his supplier's associate getting arrested. *Id.* Alnas told the UC that he would continue to look for firearms to sell. *Id.*

### 7. Alnas Sells the FBI Three Guns on April 7, 2022

On April 6, 2022, Alnas sent a text message to the UC that read: "What up, do you have the whats app?" The UC responded: "Yes" and "I'll hit u up from a different number." The UC used a different cellular device and proceeded to communicate with a WhatsApp account associated with Alnas's phone number. Alnas then sent—via WhatsApp—an image of an assault style rifle with an attached scope and two assault rifle magazines with the text "1,700.00" below it.



Alnas then sent two images of different models of semi-automatic handguns. The first was a Ruger SR40C handgun, which had a magazine in the mag-well and two additional, empty magazines in the gun box. The second was a Smith and Wesson 9mm handgun with a magazine extended from its well:



On April 7, 2022, Alnas contacted the UC via WhatsApp. They discussed the pricing of all three firearms. Additionally, Alnas informed the UC that his firearms supplier was no longer offering the Smith and Wesson 9mm handgun but said that he could sell the UC a .38 special revolver instead. The price for the assault style rifle, the Ruger SR40c, and the .38 special revolver was $3,800. PSR ¶ 20. The UC confirmed to Alnas that the UC wanted to purchase all three. Later that day, the UC and Alnas met, and the UC purchased approximately two pounds of suspected methamphetamine and the three firearms. PSR ¶ 19-20.

### 8. Alnas Sells An Assault Rifle and Two Handguns to the FBI on May 26, 2022

On May 26, 2022, the UC and Alnas met and the UC purchased one assault style rifle, two semi-automatic handguns, and one revolver from Alnas. PSR ¶ 21. The UC paid Alnas $4,700 for four firearms. *Id.* The itemized prices for each firearm were:

- Assault Rifle with no identifiable serial number for $1,400
- 9mm handgun with a threaded barrel and off-brand slide with no identifiable serial (the receiver was a Glock and did have a serial number) for $1,200
- 9mm Glock 48 with mismatching serial numbers on the slide and receiver for $1,200
- .38 Special +P Ruger revolver for $900



\\
\\
\\

GOV. SENTENCING MEMO  6
5:22-CR-244-EJD-1

**B.   Other 3553 Factors**

Alnas is a 55-year-old man who lives in Hollister, California with his wife, a daughter in her thirties, and three grandchildren. PSR ¶ 71. Alnas told U.S. Probation that he had a good relationship with his parents and his siblings while growing up. PSR ¶ 48. Alnas has lived with congenital heart disease since birth. PSR ¶ 47. Despite taking heart medications daily and having had multiple open-heart surgeries (PSR ¶¶ 53-54), Alnas has abused methamphetamine and cocaine throughout his adult life. PSR ¶ 58.

Alnas is unemployed and receives slightly less than $2,000 in disability benefits each month. PSR ¶ 65. His wife used to run a children's daycare out of their home. As a result of Alnas's arrest on the instant charges, his wife lost her daycare business. PSR ¶ 49. During the period of the charged offenses, Alnas was the president of the Top Hatter's Motorcycle Club which is associated with the Hells Angels Motorcycle Club. PSR ¶ 7.

**IV.   CONCLUSION**

To promote respect for the law, to provide just punishment, to assure general deterrence with respect to the repeated sale of methamphetamine and firearms, and after considering the 3553(a) factors and the full PSR, the government respectfully recommends that the Court impose a sentence of 40 months in prison, 3 years of supervised release, and the conditions recommended by U.S. Probation.

DATED: December 9, 2024                                      Respectfully submitted,

                                              ISMAIL J. RAMSEY
                                              United States Attorney

                                              __/s/_____
                                              DANIEL PASTOR
                                              Assistant United States Attorney