PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM HERNANDEZ ALNAS, <br><br> Defendant. | No. 5:22-cr-244-EJD-1 <br><br> **GOVERNMENT OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE APRIL 7, 2025 SENTENCING DATE** |

William Alnas Jr was indicted on June 28, 2022 for distribution of 50 grams and more of methamphetamine. Dkt. 1.  Alnas sold an FBI source large quantities (1-lb.) of meth roughly 8 times over less than a year.  PSR ¶¶ 7-22.  Alnas also sold the FBI multiple firearms, including semi-automatic assault rifles, a gun without a serial number, and guns stamped with different serial numbers.  Dkt. 65 at 5-6.  During this period, Alnas was the President of the Top Hatters Motorcycle Club in Hollister, California, which is associated with the Hells Angels.  PSR ¶¶ 7-9.  Alnas faces sentencing guidelines of 70-87 months in prison with 3 years of mandatory supervised release.  Dkt. 65 at 2.  Despite being recorded selling the FBI meth and guns repeatedly, Alnas did not accept responsibility for his crimes and plead guilty for nearly 2 years

GOV OPP TO DEF. MOT. TO CONTINUE SENTENCING                             1
5:22-cr-244-EJD-1

following indictment. Even after his guilty plea on May 13, 2024 (Dkt. 51), Alnas created further delays in the case by failing to meet the requirements of 18 U.S.C. § 3553(f) for over 6 months. After new counsel appeared in the case, the government agreed to some delay to permit replacement counsel to get up to speed. However, even after Alnas managed to satisfy the requirements of 18 U.S.C. § 3553(f), the case still did not proceed to sentencing even though the parties stipulated to a December 16, 2024 sentencing date. *See* Dkt. 61.

The government filed its sentencing memorandum (Dkt. 65) on December 9, 2024. On December 16, 2024, however, defense counsel told the Court that the defense had not filed a sentencing memo because she was requesting that Pretrial Services complete a CAP assessment for the defendant. Dkt. 66. The government opposed CAP for the defendant. *Id.* The Court stated that it had reviewed the Final Presentence Report and harbored serious doubts that the defendant should be referred to CAP given the information it had seen. *Id.* The Court nonetheless agreed to allow Pretrial Services to complete its assessment but set a sentencing date of April 7, 2025. *Id.*

On March 11, 2025, the parties met with the Court and the CAP team for an informal CAP assessment. Dkt. 69. After hearing argument from the parties and questioning the defendant, the Court decided that the defendant should not be placed in CAP and stated that the case would proceed to sentencing. *Id.*

Defense counsel has been aware of the April 7 sentencing since December 2024. It has now been over 10 months since the defendant pleaded guilty. Counsel informed the government she would file a motion to continue Alnas's sentencing 4 days before the deadline for filing her sentencing memo so that she can develop a rehabilitation plan to propose to the Court—presumably with no prison time. U.S. Probation recommends a sentence of 60 months in prison. The government recommends a sentence of 40 months in prison. The government strongly opposes a further delay of sentencing and respectfully asks the Court to maintain the April 7 sentencing date.

\\

GOV OPP TO DEF. MOT. TO CONTINUE SENTENCING
5:22-cr-244-EJD-1

2

1 | DATED: March 30, 2025            Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

/s/
DANIEL PASTOR
Assistant United States Attorney